# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Delemas C. Warren,<br><br>    Plaintiff,<br>v.<br><br>RJM Acquisitions, LLC, a New York Company; and Jamie Rozansky, individually, and as an officer of RJM Acquisitions, LLC,<br><br>    Defendants. | CIV 11-376 TUC FRZ (LAB)<br><br>**REPORT AND RECOMMENDATION** |

Pending before the court is an Order to Show Cause issued to the plaintiff on March 21, 2014. (Doc. 51)

On February 6, 2013, this court issued a scheduling order pursuant to Fed.R.Civ.P. 16(b). The deadline for completing discovery was set for September 2, 2013. The deadline for filing a proposed pretrial order was November 1, 2013. A status report was due on September 2, 2013.

On February 26, 2013, the plaintiff filed a petition for writ of mandamus with the Ninth Circuit. The petition was denied on March 28, 2013 returning jurisdiction over the case to the district court. Since that time, there has been no further activity in this case.

Accordingly, on March 21, 2014, this court issued an order instructing the plaintiff to file with the court, by April 3, 2014, a response showing good cause why this action should not be dismissed for failure to prosecute. (Doc. 51); LRCiv 41.1. The plaintiff was warned that this action could be dismissed without further notice if he failed to file a timely response to the court's order.

The plaintiff did not file a timely response to the court's order to show cause. Accordingly,

Recommendation

The Magistrate Judge recommends the District Court, after its independent review of the record, enter an order

DISMISSING this action for failure to prosecute and failure to respond. LRCiv 41.1; LRCiv 7.2(i).

Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within 14 days of being served with a copy of this report and recommendation. If objections are not timely filed, they may be deemed waived. The Local Rules permit a response to an objection. They do not permit a reply to a response.

DATED this 11th day of April, 2014.

*Leslie A. Bowman*
Leslie A. Bowman
United States Magistrate Judge