IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Delemas C. Warren, | No. CV 11-376-TUC-FRZ (LAB) |
| Plaintiff, | **ORDER** |
| vs. | |
| RJM Acquisitions, LLC, a New York company; Jamie Rozansky, individually, and as an officer of RJM Acquisitions, LLC, | |
| Defendants. | |

This matter was referred to Magistrate Judge Leslie A. Bowman, pursuant to the provisions of 28 U.S.C. § 636(b), Rule 72, Fed.R.Civ.P., and LRCiv 72.1 and LRCiv 72.2 of the Local Rules of Practice for the District of Arizona, for further proceedings and report and recommendation.

Magistrate Judge Bowman issued a Report and Recommendation on April 11, 2014, recommending that the Court, after its independent review of the record, enter an order dismissing this action for failure to prosecute and failure to respond to the Court's order to show cause. LRCiv 41.1; LRCiv 7.2(i)

No objections have been filed pursuant to 28 U.S.C. § 636(b).

Upon the Court's review and consideration of the foregoing,

IT IS ORDERED that the Report and Recommendation (Doc. 52) is ACCEPTED and ADOPTED as the findings of fact and conclusions of law by this Court;

IT IS FURTHER ORDERED that this action is hereby dismissed; judgment shall be entered accordingly.

DATED this 15th day of May, 2014.

*Frank R. Zapata*
Frank R. Zapata
Senior United States District Judge